# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**PERRY KEITH CONERLY AND
VIVIAN CONERLY**

**PLAINTIFFS CIVIL ACTION**

**VS.**

**NO. 2:24-cv-118-KS-MTP**

**HOBBY LOBBY STORES, INC.
AND JOHN DOES 1-10**

**DEFENDANTS**

---

## NOTICE OF REMOVAL

---

   **PLEASE TAKE NOTICE** that Defendant, Hobby Lobby Stores, Inc. ("Hobby Lobby" or "Defendant"), through counsel, hereby gives notice of the removal of this matter from the Circuit Court of Lamar County, Mississippi (Civil Action No.: 37-24CVO53PH), to the United States District Court for the Southern District of Mississippi, Eastern Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§1332, 1441, and 1446.

### Civil Action Removed

   1.     On May 31, 2024, Plaintiffs initiated suit against Hobby Lobby, seeking damages allegedly resulting from a fall which occurred on June 27, 2022, at a Hobby Lobby store located at 5058 Hardy Street, Lamar County, Hattiesburg, Mississippi 39402. The Lamar court action is styled *Perry Keith Conerly and Vivian Conerly v. Hobby Lobby Stores, Inc., and John Does 1-10"* and was filed in the Circuit Court of Lamar County, Mississippi, bearing Civil Action No. 37-24CVO53PH.

   2.     Pursuant to 28 U.S.C.A. § 1446 and the Local Rules of Court, a true and correct copy of the certified record of the Lamar court proceedings will be timely filed as a separate item. Copies of the Summons, Complaint, and Demand are attached hereto as **Exhibits "A",**

**"B", and "C"** respectively.

<div align="center"><strong><u>Timeliness of Removal</u></strong></div>

3.     Hobby Lobby was served with a copy of the Complaint and Summons on or about July 2, 2024.

4.     Removal of this civil action is timely filed by Defendants. 28 U.S.C.A. § 1446(b)(2)(B) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleadings or summons[.]").

<div align="center"><strong><u>Amount in Controversy Exceeds $75,000</u></strong></div>

5.     "[J]urisdiction will be proper if it is facially apparent from the plaintiff['s] complaint that [the] claims are likely above $75,000." *Garcia v. Koch Oil Co. of Tex., Inc.*, 351 F.3d 636, 639 (5th Cir. 2003) (internal citations omitted). The required demonstration for a facially transparent amount in controversy "concerns what the plaintiff is claiming (and thus the amount in controversy between the parties), not whether the plaintiff is likely to win or be awarded everything he seeks." *Robertson v. Exxon Mobil Corp.*, 814 F.3d 236, 240 (5th Cir. 2015) (internal citations omitted).

6.     The Complaint demands judgment from Defendants for actual and punitive damages. Furthermore, Plaintiffs specifically sought to "settle this matter for $750,000.00." **Ex. C,** p. 2. Consequently, it is facially apparent that the amount in controversy exceeds the jurisdictional minimum.

<div align="center"><strong><u>Diversity of Citizenship</u></strong></div>

7.     According to the Complaint, the Plaintiffs are adult resident citizens of Mississippi. Hobby Lobby is an Oklahoma corporation with its principal place of business in Oklahoma. A copy of the corporate registration information for Hobby Lobby on file with the

Oklahoma Secretary of State is attached hereto as **Exhibit "D"**. Therefore, complete diversity exists between the parties. 28 U.S.C. § 1332.

## Venue

8.      Venue of this removed action is proper pursuant to 28 U.S.C.A. §1441(a) because this Court is the United States District Court for the district and division embracing the place wherein the removed action is pending.

## Notice to State Court

9.      Concurrent with the filing of this Notice, Defendants will also file with the Circuit Court of Forrest County, Mississippi, a true and correct copy of this Notice, thereby effecting removal of this action to this Court. As per 28 U.S.C.A. § 1446(d), no further proceedings shall be had in the Circuit Court of Forrest County, Mississippi.

## Notice to Plaintiffs

10.     Consistent with 28 U.S.C. § 1446(d) and as indicated in the attached Certificate of Service, Plaintiffs are being provided with a copy of this Notice of Removal.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully pray that this Court will receive this Notice of Removal and place this cause upon the docket of this Court.

DATED this the 1st day of August, 2024.

Respectfully submitted,

**HOBBY LOBBY STORES, INC.**

BY: CHARTWELL LAW

BY:     *s/ M. Garner Berry*

OF COUNSEL

3

OF COUNSEL:
M. Garner Berry, Esq. (MSB #100968)
Hamilton C. Armour, Esq. (MSB #106449)
Chartwell Law
200 W. Jackson Street, Suite 200
Ridgeland, Mississippi 39157
Office: (601) 277-6880
Facsimile: (610) 666-7704
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, M. Garner Berry, attorney for Defendants do hereby certify that I have this date filed

with the Clerk of the Court, via ECF, a true and correct copy of the above and foregoing, Notice

of Removal and upon the following counsel of record by said electronic filing:

    Seth M. Hunter
    Justin B. Stewart
    Dukes Dukes & Hunter
    P.O. Box 2055
    Hattiesburg, MS 39402

This the 1st day of August, 2024

                                   BY:    *s/ M. Garner Berry*
                                          M. Garner Berry

## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**PERRY KEITH CONERLY AND**
**VIVIAN CONERLY**                                                          **PLAINTIFFS**

**VS.**                                         **CIVIL ACTION NO.: 37-24CVO53PH**

**HOBBY LOBBY STORES, INC.**
**AND JOHN DOES 1-10**                                                   **DEFENDANTS**

---

## NOTICE OF FILING NOTICE OF REMOVAL

---

COMES NOW Defendant, Hobby Lobby Stores, Inc. ("Hobby Lobby" or "Defendant"), by and through counsel, and respectfully files this Notice of Filing Notice of Removal in this action.

Attached to this Notice of Filing is the following:

1.      Notice of Removal.

Respectfully submitted,

**HOBBY LOBBY STORES, INC.**

BY:   *s/ M. Garner Berry*
          OF COUNSEL

OF COUNSEL:

M. Garner Berry, Esq. (MSB #100968)
Hamilton C. Armour, Esq. (MSB #106449)
CHARTWELL LAW
200 W. Jackson Street, Suite 200
Ridgeland, Mississippi 39157
Office: (601) 277-6755
Facsimile: (610) 666-7704
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, M. Garner Berry, attorney for Defendants, do hereby certify that I have this date filed with the Clerk of the Court, via MEC, a true and correct copy of the above and foregoing *Notice of Filing Notice of Removal*, and upon the following counsel of record:

> Seth M. Hunter
> Justin B. Stewart
> Dukes Dukes & Hunter
> P.O. Box 2055
> Hattiesburg, MS 39402

This the 1st day of August, 2024.

BY: <u>*s/ M. Garner Berry*</u>
M. Garner Berry

**PROOF OF SERVICE - SUMMONS, COMPLAINT, NOTICE OF SERVICE OF DISCOVERY,
PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION,
AND REQUESTS FOR ADMISSION**

Name and address of the entity and/or person served:

> Name:        Hobby Lobby Stores, Inc. c/o Corporation Service Company
> Address:    109 Executive Drive, Suite 3, Madison, MS 39110
> Telephone: _____

I, the undersigned process server, served the Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission upon the person or entity named above in the manner set forth below (check and complete one):

☐    FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached documents, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).*

☑    PERSONAL SERVICE. I personally delivered copies to _Bobby Ray_ on the _2nd_ day of _July_, 20_24_, where I found said person(s) in _Madison_ County, Mississippi.

☐    RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____County, of the State of Mississippi I served Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission on the _____ day of _____, 20_____, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission with _____, who is the _____(Here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission and thereafter on the _____ day of _____, 20_____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of service I was at least 18 years of age and not a party to this action. Fee for service: $ _____

Process Server Information:

> Name:        _Fred Lovett_
> Address:    _300 Old Camp Rd Brandon MS_
> Telephone: _601-941-7906_

STATE OF MISSISSIPPI
COUNTY OF _Rankin_

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Fred Lovett_ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me, on this the _2_ day of _July_, 20_24_.

_____
NOTARY PUBLIC

My commission expires: _____

*[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC CRYSTAL DIXON Commission Expires Jan. 4, 2028 RANKIN COUNTY #3981]*

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

PERRY KEITH CONERLY AND
VIVAN CONERLY

PLAINTIFFS

V.

CIVIL ACTION NO. 37:24CV 053

HOBBY LOBBY STORES, INC.
AND JOHN DOES 1-10

DEFENDANTS

## SUMMONS

STATE OF MISSISSIPPI
COUNTY OF LAMAR

TO:    Hobby Lobby Stores, Inc.
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

### NOTICE TO THE DEFENDANT

THE COMPLAINT, INTERROGATORIES, REQUESTS FOR PRODUCTION, AND
REQUESTS FOR ADMISSIONS WHICH ARE ATTACHED TO THIS SUMMONS ARE
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Justin B. Stewart and/or Seth M. Hunter, attorneys for the Plaintiff, whose post address is Post
Office Box 2055, Hattiesburg, Mississippi 39403 and street address is 226 West Pine St.,
Hattiesburg, Mississippi 39401. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 31st day of May 2024.

MARTIN HANKINS
CIRCUIT CLERK,
LAMAR COUNTY, MISSISSIPPI

BY: _____
DEPUTY CLERK

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY
PO BOX 369
PURVIS, MISSISSIPPI 39475

ATTORNEYS FOR PLAINTIFFS:

Seth M. Hunter (MSB# 101145)
Justin B. Stewart (MSB# 106762)
DUKES DUKES & HUNTER
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: shunter@jdukeslaw.com
          jstewart@jdukeslaw.com

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

PERRY KEITH CONERLY AND
VIVIAN CONERLY                                                      PLAINTIFFS

V.                                              CAUSE NO. 37CI1:24-cv-00053-PH

HOBBY LOBBY STORES, INC.
AND JOHN DOES 1-10                                                 DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given, that Plaintiffs, Perry Keith Conerly and Vivian Conerly, have, on the date indicated in the Proof of Service of the Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission served the following to the registered agent for Hobby Lobby Stores, Inc., Corporation Service Company at 109 Executive Drive, Suite 3, Madison, Mississippi 39110 via hand delivery:

*Plaintiffs' First Set of Interrogatories*
*to Hobby Lobby Stores, Inc.*

*Plaintiffs' First Set of Requests for Production*
*to Hobby Lobby Stores, Inc.*

*Plaintiffs' First Set of Requests for Admission*
*to Hobby Lobby Stores, Inc.*

The undersigned retains the originals as custodian thereof.

RESPECTFULLY SUBMITTED, on this the 28th day of June, 2024.

<div style="margin-left: 45%;">

PERRY KEITH CONERLY
AND VIVIAN CONERLY,
PLAINTIFFS

</div>

BY:    _s/.Justin B. Stewart (MSB# 106762)_
Seth M. Hunter (MSB# 101145)
Dukes Dukes & Hunter
Post Office Box 2055
Hattiesburg, Mississippi 39403
Tel: (601) 544-4121
Fax: (601) 544-4425
E-mail: shunter@jdukeslaw.com
          jstewart@jdukeslaw.com
*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned herein states that he has this day served upon the following persons a true and correct copy of the foregoing instrument on the date indicated in the Proof of Service of the Summons, Complaint, Notice of Service of Discovery, Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission by hand-delivery and/or by any other means noted below upon the following persons and/or firms.

> Hobby Lobby Stores, Inc.
> c/o Corporation Service Company
> 109 Executive Drive, Suite 3
> Madison, MS 39110

SO CERTIFIED, this the 28th day of June, 2024.

<u>*s/Justin B. Stewart (MSB# 106762)*</u>

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

PERRY KEITH CONERLY AND
VIVAN CONERLY                                                                                   PLAINTIFFS

V.                                                          CIVIL ACTION NO. 37CI1:24-cv-00053-PH

HOBBY LOBBY STORES, INC.
AND JOHN DOES 1-10                                                                    DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW, Justin B. Stewart, Esq. of Dukes Dukes & Hunter, and enters his appearance in the above-styled and numbered cause on behalf of, and as attorney for Plaintiffs, Perry Keith Conerly and Vivian Conerly, and respectfully requests that all notices, pleadings, motions, responses, and any and all other filings be served upon him at the points of contact listed below.

RESPECTFULLY SUBMITTED, this the 31st day of May 2024.

PERRY KEITH CONERLY AND
VIVIAN CONERLY,
PLAINTIFFS

BY:    *s/Justin B. Stewart (MSB# 106762)*
       Seth M. Hunter (MSB# 101145)
       Dukes, Dukes, and Hunter
       226 W. Pine Street
       Post Office Box 2055 (39403)
       Hattiesburg, Mississippi 39401
       Telephone: (601) 544-4121
       Facsimile: (601) 544-4425
       E-Mail:  shunter@jdukeslaw.com
                jstewart@jdukeslaw.com
       *Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing has been filed with the Clerk of the Court using the MEC system which served a copy upon all counsel of record who have registered with that system.

SO CERTIFIED, this the 31st day of May 2024.

<div align="right"><u>s/Justin B. Stewart (MSB# 106762)</u></div>

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

PERRY KEITH CONERLY AND
VIVAN CONERLY

PLAINTIFFS

V.

CIVIL ACTION NO. 37:24CV 053

HOBBY LOBBY STORES, INC.
AND JOHN DOES 1-10

DEFENDANTS

## SUMMONS

STATE OF MISSISSIPPI
COUNTY OF LAMAR

TO:   Hobby Lobby Stores, Inc.
      c/o Corporation Service Company
      109 Executive Drive, Suite 3
      Madison, MS 39110

### NOTICE TO THE DEFENDANT

THE COMPLAINT, INTERROGATORIES, REQUESTS FOR PRODUCTION, AND
REQUESTS FOR ADMISSIONS WHICH ARE ATTACHED TO THIS SUMMONS ARE
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Justin B. Stewart and/or Seth M. Hunter, attorneys for the Plaintiff, whose post address is Post
Office Box 2055, Hattiesburg, Mississippi 39403 and street address is 226 West Pine St.,
Hattiesburg, Mississippi 39401. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 31st day of May 2024.

MARTIN HANKINS
CIRCUIT CLERK,
LAMAR COUNTY, MISSISSIPPI

BY: _____
DEPUTY CLERK

MARTIN HANKINS, CIRCUIT CLERK
LAMAR COUNTY
PO BOX 369
PURVIS, MISSISSIPPI 39475

ATTORNEYS FOR PLAINTIFFS:

Seth M. Hunter (MSB# 101145)
Justin B. Stewart (MSB# 106762)
DUKES DUKES & HUNTER
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: shunter@jdukeslaw.com
        jstewart@jdukeslaw.com

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

PERRY KEITH CONERLY AND
VIVAN CONERLY

PLAINTIFFS

V.    CIVIL ACTION NO. 37: 24cv 053

HOBBY LOBBY STORES, INC.
AND JOHN DOES 1-10

DEFENDANTS

## COMPLAINT

### JURY TRIAL REQUESTED

COMES NOW, Plaintiffs, Perry Keith Conerly ("Mr. Conerly") and Vivian Conerly ("Mrs. Conerly") (collectively "the Conerlys"), and file this, their Complaint against Defendant Hobby Lobby Stores, Inc., and John Does 1-10, requesting a jury trial herein and in support thereof states as follows:

### PARTIES

1.    Plaintiffs, Perry Keith Conerly and Vivian Conerly, are both adult resident citizens of Lamar County, Mississippi, and are a married couple.

2.    Defendant, Hobby Lobby Stores, Inc., is a foreign corporation incorporated in the State of Oklahoma with its principal office address in the State of Oklahoma and may be served with process of this Court upon its registered agent, Corporation Service Company, 109 Executive Drive, Suite 3, Madison, Mississippi 39110.

3.    Defendants John Does 1-10 are persons or entities that are not yet known but are believed to be liable for the claimed breaches, injuries, and damages to the Conerlys, and who will be substituted in this suit once their identities are discovered.

FILED

LAMAR
COUNTY    MAY 3 1 2024    CIRCUIT
CLERK

## JURISDICTION AND VENUE

4.      The Court has personal jurisdiction over the Conerlys, as they are adult resident citizens of the State of Mississippi. The Court has personal jurisdiction over the Defendants, as sufficient minimum contacts exist with respect to this action and the State of Mississippi to satisfy the requirements of due process. Furthermore, the Defendants are subject to the jurisdiction of Mississippi Courts, pursuant to Mississippi's Long Arm Statute, Miss. Code Ann. § 13-3-57. The Defendants reasonably anticipated being brought into state or federal Court in the State of Mississippi to answer for their acts and omissions herein. It is the natural and foreseeable results of the acts and/or omissions of the Defendants, including negligence, having occurred in Lamar County, Mississippi, that any cause of action from the events giving rise to this matter would be tried and litigated in Lamar County, Mississippi.

5.      Subject-matter jurisdiction is appropriate in this Court as suit is brought for negligence and other causes of action which fall within the jurisdiction of this Court as actions at law. Furthermore, the Conerlys seek to recover above the minimum jurisdictional limit of this Court, exclusive of interest and court costs, as their damages. Therefore, this Court has subject matter jurisdiction over the claims of the Conerlys.

6.      Venue in the Circuit Court of Lamar County, Mississippi is correct, as that is the location where the negligence and events giving rise to this cause of action occurred.

## FACTS

7.      On or about June 27, 2022, Mrs. Conerly entered the Hobby Lobby store located at 5058 Hardy Street, Lamar County, Hattiesburg, Mississippi 39402. The Hobby Lobby store in question is owned and operated by Defendant Hobby Lobby Stores, Inc. Mrs. Conerly's intent was to purchase some items from the store. While walking through the foyer area, Mrs. Conerly's

FILED

LAMAR COUNTY    MAY 3 1 2024    CIRCUIT CLERK

2

left foot made contact with a low, metal cart that was secreted by a display of seasonal items causing her to fall face-first and suffer injuries. The metal cart was placed in a location where it could not be reasonably seen or perceived by a business invitee entering the premises of the Hobby Lobby store.

8.    After Mrs. Conerly fell, a Hobby Lobby employee named "Zach" told Mrs. Conerly that he had placed the cart where it was and left it unattended to go take photographs. "Zach" apologized to Mrs. Conerly and told her that he should not have left the cart there. Additionally, Hobby Lobby's store manager approached Mrs. Conerly and stated Hobby Lobby would take care of her.

9.    There was no warning that the cart was placed where it was placed that could have given Mrs. Conerly notice of the hazardous condition and cart, and the cart was located in an area where customers are expected to walk in order to enter the store.

10.    On June 27, 2022, the date of the fall, Mrs. Conerly presented at Trustcare Health, LLC, where she was instructed to proceed to the emergency room for further evaluation. At the emergency department of Merit Health Wesley, Mrs. Conerly was treated for a cervical sprain, facial contusion, and knee contusion.

11.    On June 28, 2022, Mrs. Conerly was seen at Southern Eye Center where she was diagnosed with branch retinal vein occlusion with muscular edema. This injury, caused by her fall, has affected Mrs. Conerly's vision and has caused soreness in her left eye since the fall. Mrs. Conerly has been forced to receive continuing treatment for this injury, including in the form of intravitreal injections of Avastin.

12.    On October 24, 2022, Mrs. Conerly was seen at Southern Bone and Joint Specialists, P.A., for left knee pain as a result of the fall. Subsequently, on December 1, 2022, she

FILED

LAMAR MAY 3 1 2024 CIRCUIT
COUNTY              CLERK

3

MRI of Mrs. Conerly's left knee was taken and revealed torn meniscus. This injury required a left knee arthroscopy with partial medial meniscectomy which was performed at Southern Surgery Center on December 8, 2022.

13.    Mrs. Conerly continues to suffer from the branch retinal vein occlusion in her left eye as well as constant knee pain and swelling. Her intravitreal injections cause her to experience blurred vision, redness, and soreness in her eyes for at least forty-eight (48) hours after her monthly injections. This has caused her to experience great difficulty while driving or performing her daily routine and activities, especially during the forty-eight (48) hours after her eye injections. Mrs. Conerly's knee has rendered her unable to take her daily walks, exercise or stand for long periods of time due to the swelling and aching. Additionally, it has affected her ability to sleep as she experiences great pain when she puts her knees together.

14.    Mrs. Conerly now suffers emotional and mental distress when she goes in public as she is afraid to fall again and is more susceptible to falling because of her limited mobility and vision.

15.    At the time of the accident, the Plaintiffs, Mr. Conerly and Mrs. Conerly were married, and they continue to be married.

16.    Mr. Conerly has been forced to assume a large portion of the tasks and duties Mrs. Conerly performed during the course of their marriage and prior to her fall given her limited mobility, hindered vision and time spent acquiring medical treatment. The physical and mental toll that this injury has taken on Mrs. Conerly has also affected her ability to give Mr. Conerly the love, affection and companionship that spouses in the golden years of their life would normally share.

**FILED**

LAMAR COUNTY    MAY 3 1 2024    CIRCUIT CLERK

17.    At all times pertinent hereto, the Defendant had persons acting in the course and scope of their employment, including, but not limited to, employees of the Hobby Lobby store, who, through their acts and/or omissions, further delineated herein below, caused injuries and damages to the Conerlys, and their acts and omissions are imputed to the Defendant by way of *respondeat superior.*

## CAUSES OF ACTION

### I. NEGLIGENCE

18.    The Defendants owed duties to Mrs. Conerly, which include, but are not limited to, provide a reasonably safe premises; warn Mrs. Conerly that a danger exists on the premises that is not obvious or in plain view; to refrain from injuring customers on the premises, including protecting customers from known hazards that are concealed from customers; and to repair or remove hazards that are known or could be discovered through a reasonable inspection.

19.    The Defendants breached each and every one of the duties set forth herein by failing to remove the cart from its secreted location and failing to warn Mrs. Conerly of a known hazard.

20.    The Defendants' breach of their duties to Mrs. Conerly causing her to trip and fall over the secreted cart and suffer injuries to Mrs. Conerly's left knee, face, neck and left eye which have required surgery and a considerable amount of treatment.

21.    As a result of the breach of duties, Mrs. Conerly has suffered damages, which are set forth herein below.

### II. LOSS OF CONSORTIUM AND LOSS OF SERVICES

22.    Perry Keith Conerly is the husband of Vivian Conerly.  As Mrs. Conerly has suffered severe injuries as a result of the tortious acts of the Defendants, Mr. Conerly did not have the benefit of Mrs. Conerly's household services and the general love and affection that is inherit

5

FILED

LAMAR COUNTY    MAY 3 1 2024    CIRCUIT CLERK

in the marital relationship. As a direct and proximate result and cause of the Defendants' tortious acts and/or omissions as set forth herein, and Mrs. Conerly's restrictions and disabilities as caused by the Defendants' acts and/or omissions, Mr. Conerly suffered a loss of consortium and a loss of services, including household services.

### III. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

23. Hobby Lobby had a duty to Mrs. Conerly to refrain from taking acts that would be reasonably foreseeable to cause emotional damages to Mrs. Conerly. Hobby Lobby breached this duty owed to Mrs. Conerly, and knew, or should have known, that such breaches would cause emotional and mental distress and anxiety to Mrs. Conerly, and it was reasonably foreseeable to Hobby Lobby that such breaches would cause mental and emotional stress. In fact, such breaches did cause severe emotional and mental stress to Mrs. Conerly in the form of fear and anxiety that her hindered vision and limited mobility may cause her to suffer another fall. Mrs. Conerly has also suffered mental and emotional stress caused by her ongoing treatment, and the possibility that her vision and mobility may never be fully restored.

24. For these acts and omissions, and the other acts and omissions as set forth hereinabove, Hobby Lobby is liable for negligent infliction of emotional distress to Mrs. Conerly, and Mrs. Conerly has suffered damages as a result thereof as set forth herein below.

### DAMAGES

25. As a result of the tortious acts and omissions of the Defendants, the Conerlys have suffered damages, including, but not limited to:

   a. Past and future medical expenses of Mrs. Conerly;

   b. Costs for past and future medical treatment and vision therapy of Mrs. Conerly;

   c. Past, present and future pain, suffering and anguish of Mrs. Conerly;

**FILED**

LAMAR COUNTY    MAY 3 1 2024    CIRCUIT CLERK

6

 d. Past, present and future physical impairment of Mrs. Conerly;

 e. Past, present and future mental and emotional anguish of Mrs. Conerly and Mr. Conerly;

 f. Loss of the enjoyment of life and inconvenience;

 g. Loss of consortium damages of Mr. Conerly;

 h. Loss of services damages of Mr. Conerly;

 i. Pre-judgement and post-judgment interest;

 j. Attorney's fees and expenses;

 k. Court costs;

 l. And any and all other damages which may be proven at trial and to which the Conerlys are entitled.

## PUNITIVE DAMAGES

26. The Conerlys are entitled to an award of punitive and exemplary damages based upon the Defendant's intentional, willful, wanton, knowing, malicious, gross negligent acts and/or omissions and the Defendants' reckless disregard for the public's safety and welfare and the safety and welfare of Mrs. Conerly. The Defendants' outrageous and unconscionable conduct as set forth herein above warrants an award of exemplary and punitive damages against the Defendants in an amount to appropriately punish them and to make an example of the Defendants. Said punitive damages should also include, but not be limited to, attorney's fees, expenses, and courts costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Perry Keith Conerly and Vivian Conerly, respectfully request that the Court find in their favor as set forth hereinabove and find that the Defendants acted negligently, grossly negligently, wantonly, willfully, maliciously, and in reckless disregard to the rights of the Conerlys and find and award all damages as set forth herein,

7



to include punitive damages, attorney's fees, attorney's expenses, court costs, pre-judgement and

post-judgment interest and any other relief to which the Court finds that the Conerlys are entitled,

but to be limited as set forth hereinbelow.

RESPECTFULLY SUBMITTED, on this the 23ʳᵈ day of May 2024.

<div style="margin-left:50%">

PERRY KEITH CONERLY
AND VIVIAN CONERLY,
PLAINTIFFS

By:  _____
Seth M. Hunter (MSB# 101145)
Justin B. Stewart (MSB# 106762)
Dukes Dukes & Hunter
P.O. Box 2055
Hattiesburg, MS 39403
Tel: (601) 544-4121
Fax: (601) 544-4425
E-Mail:  shunter@jdukeslaw.com
                 jstewart@jdukeslaw.com
*Attorneys for Plaintiffs*

</div>

**FILED**

LAMAR COUNTY   MAY 3 1 2024   CIRCUIT CLERK

8

Case: 37CH1:24-cv-00053-PH    Document # 1    Filed: 05/31/2024    Page 1 of 2

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court  Form AOC/01
Administrative Office of Courts  (Rev 2020)

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) |
|---|---|---|
| 3 7 1 | | C I |

Case Year: 2 0 2 4    Docket Number: 0 5 3

Local Docket ID

**This area to be completed by clerk**

| Month | Date | Year |
|---|---|---|
| 0 5 | 3 1 | 2 4 |

Case Number if filed prior to 1/1/94

In the CIRCUIT Court of LAMAR County — Judicial District

## Origin of Suit (Place an "X" in one box only)
[X] Initial Filing    [ ] Reinstated    [ ] Foreign Judgment Enrolled    [ ] Transfer from Other court    [ ] Other
[ ] Remanded    [ ] Reopened    [ ] Joining Suit/Action    [ ] Appeal

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form
**Individual** Conerly / Vivian

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)** Seth M. Hunter, Esq. P.O. Box 2055, Hattiesburg, MS 39402    MS Bar No. 101145
___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _Seth M. Hunter_

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form
**Individual**

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** Hobby Lobby Stores, Inc.
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____    MS Bar No. _____

**FILED**
LAMAR COUNTY    MAY 31 2024    CIRCUIT CLERK

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce:Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Term. of Parental Rights-Chancery
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other _____

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Municipal Court
[ ] Other _____

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other _____

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Mental Health Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Joint Conservatorship & Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Alcohol/Drug Commitment (Involuntary)

[ ] Alcohol/Drug Commitment (Voluntary)
[ ] Other

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion
[ ] Minor Removal of Minority
[ ] Other _____

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other _____

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other _____

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other _____

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other _____

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Intentional Tort
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[X] Negligence - General
[ ] Negligence - Motor Vehicle
[X] Premises Liability
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death
[ ] Other _____

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____  _____   Docket No. If Filed
            File Yr       Chronological No.     Clerk's Local ID     Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** Conerly     Perry     ( _____ )   K.
              Last Name       First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ ( _____ ) _____
              Last Name       First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ ( _____ ) _____
              Last Name       First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

FILED

LAMAR COUNTY   MAY 3 1 2024   CIRCUIT CLERK